UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORIAN HOLLIDAY,

                         Plaintiff,

-against-

C.O. ARTIST,

                         Defendant.

**ORDER**

No. 23-CV-2410 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on March 21, 2023 (Doc. 1). Defendant's request for permission to move to dismiss Plaintiff's Complaint was granted on December 1, 2023 and the Court entered a briefing schedule. (Doc. 15). After one extension of the briefing schedule was granted, Defendant filed his motion to dismiss on February 15, 2024. (Doc. 18—Doc. 20). Plaintiff's opposition was due by March 25, 2024. (*See* Doc. 16). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

    Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until May 10, 2024. Defendant's reply, if any, is due May 31, 2024.

    **If plaintiff fails to file his opposition by May 10, 2024, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       April 10, 2024

                                              SO ORDERED:

                                              _____
                                              Philip M. Halpern
                                              United States District Judge